UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

MANUEL PONCE-GARCIA,

            Defendant.

CASE NO. 08CR3150

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: __8 USC 1326 (a)(b) - Deported Alien Found in the United States__

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/30/08

_____
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____